USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/13/2025__

**Andrew W. Breland**
Andrew.Breland@pallasllp.com
Tel: (212) 970-2329

June 12, 2025

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re:   *Philippeaux v. Board for Correction of Naval Records, et al.*,
           Case No. 24 Civ. 8732 (MKV)

Dear Judge Vyskocil,

    Our firm is *pro bono* counsel for Plaintiff Eddy Philippeaux in this action.

    We write to seek leave to file an amended complaint on behalf of Mr. Philippeaux on or before July 11, 2025. Defendants consent to this relief. This request is made to allow counsel time to review and consider all relevant documents and to prepare a single consolidated complaint to move forward in this action. As the Court is aware, Mr. Philippeaux previously represented himself *pro se*, and counsel requires additional time to prepare an amended pleading on his behalf. Moreover, before filing any new complaint, we expect to engage with counsel for the Government to seek resolution on some or all of the claims to avoid further litigation.

    This is Mr. Philippeaux's first request for an extension of time in this action.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Andrew W. Breland*

**Andrew W. Breland**
For and on behalf of Pallas Partners (US) LLP

---

**GRANTED. Plaintiff shall file his amended complaint on or before July 11, 2025. At which time Defendants may, if needed, renew their letter requesting a pre-motion conference. Counsel for Plaintiff should advise the Court on or before June 16, 2025 whether the motion pending at docket entry 44 is being withdrawn now that Plaintiff is represented by counsel. The Clerk of Court is respectfully requested to terminate docket entries 55 and 58.**

**SO ORDERED.**

Date: 6/13/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

75 Rockefeller Plaza, New York, NY 10019
T: +1 (212) 970 2300
W: pallasllp.com

Pallas Partners™ (US) LLP ("Pallas New York") is a Delaware limited liability partnership registered in New York and located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas New York are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct. The use of the term "partner" denotes a member of the LLP or an employee or consultant with equivalent standing and qualifications.